Ramiro Morales – 167947
William C. Reeves - 183878
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
Telephone: 925/288-1776
Facsimile: 925/288-1856

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEADFAST INSURANCE COMPANY | Case No.: CV09-04098 SC |
| Plaintiff,<br>vs.<br>PROBUILDERS SPECIAL INSURANCE COMPANY RRG, ET AL.<br>Defendants. | STIPULATION TO EXTEND THE DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION AND ORDER THEREON |

    The remaining parties to this case (Plaintiff Steadfast Insurance Company and Defendant American Safety Indemnity Company) stipulate and agree as follows:

    WHEREAS, this matter is an insurance dispute between insurers involving settled and resolved underlying construction defect matters in which Defendant disclaimed coverage;

    WHEREAS, the parties agreed to participate in a mediation conducted in connection with an Early Neutral Evaluation ("ENE");

    WHEREAS, the Court selected Wayne Lamprey as the mediator;

    WHEREAS, the Court set a deadline of March 2, 2010 to complete the mediation;

    WHEREAS, a key issue in dispute is the interpretation of one or more provisions included in the policies defendant issued;

    WHEREAS, defendant is involved in an unrelated separate matter pending in the United States District Court, Eastern District of California styled <u>PMA Capital Ins. Co. v. American safety Indemnity Co.</u>, Eastern District Case No. 2:08-cv-02258 JAM DAD ("<u>PMA</u> matter") in which the

1

STIPULATION      Case No.: CV09-04098 SC

1 | same policy language is in dispute in connection with another construction defect matter;

2 | WHEREAS, the parties in the PMA matter recently filed Cross-Motions for summary
3 | judgment seeking a ruling regarding the interpretation of the subject policy language;

4 | WHEREAS, a hearing date for this motion is set for March 3, 2010;

5 | WHEREAS, it is believed that the Court in PMA will issue a rule at or shortly after this
6 | hearing date;

7 | WHEREAS, the parties believe the outcome of the motion filed in the PMA matter will be
8 | helpful in any resolution of this case;

9 | WHEREAS, the parties participated in a conference call with Wayne Lamprey on February
10 | 17, 2010 to discuss the scheduling of a mediation in this matter;

11 | WHEREAS, although the parties scheduled a mediation for March 2, 2010, it was agreed by
12 | all counsel (including Attorney Lamprey) that it was reasonable to seek an extension of this
13 | mediation based, in part, on the potential benefit of a ruling in the PMA matter;

14 | WHEREAS, this Court has not yet issued a Scheduling Order regarding any dates in this
15 | case given that the parties recently completed law and motion proceedings as to plaintiff's motion to
16 | remand;

17 | WHEREFORE, the parties request that the deadline for completing the mediation pursuant
18 | to the ENE be extend up to forty-five (45) days.

19 | IT IS SO AGREED

20 | Dated: February 18, 2010

MORALES FIERRO & REEVES

By: /s/ William C. Reeves
William C. Reeves
Attorneys for Plaintiff

27 | ///
28 | ///

| | |
|---|---|
| Dated: February 18, 2010 | BLAU AND ASSOCIATES |
| | By: /s/ David S. Blau |
| | David S. Blau |
| | Attorneys for Defendant |
| | American safety Indemnity Co. |

The Court, the Honorable Samuel Conti presiding, having considered the stipulation of the parties and good cause appearing, orders as follows:

The last date to complete the mediation pursuant to the ENE is extended to April 16, 2010.

IT IS SO ORDERED

Dated: 2/19/10

_____
DISTRICT JUDGE

[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Samuel Conti]