1  Ramiro Morales – 167947
   William C. Reeves - 183878
2  MORALES FIERRO & REEVES
   2300 Contra Costa Blvd., Suite 310
3  Pleasant Hill, CA 94523
   Telephone: 925/288-1776
4  Facsimile: 925/288-1856

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 STEADFAST INSURANCE COMPANY    )   Case No.:  CV09-04098 SC
                                  )
11          Plaintiff,            )   STIPULATION TO EXTEND THE
       vs.                        )   DEADLINE TO COMPLETE EARLY
12                                )   NEUTRAL EVALUATION AND ORDER
   PROBUILDERS SPECIAL INSURANCE  )   THEREON
13 COMPANY RRG, ET AL.            )
                                  )
14          Defendants.           )
                                  )
15 _____ )

16     The remaining parties to this case (Plaintiff Steadfast Insurance Company and Defendant

17 American Safety Indemnity Company) stipulate and agree as follows:

18     WHEREAS, this matter is an insurance dispute between insurers involving settled and

19 resolved underlying construction defect matters in which Defendant disclaimed coverage;

20     WHEREAS, the parties agreed to participate in a mediation conducted in connection with an

21 Early Neutral Evaluation ("ENE");

22     WHEREAS, the Court selected Wayne Lamprey as the mediator;

23     WHEREAS, the Court set a deadline of March 2, 2010 to complete the mediation;

24     WHEREAS, a key issue in dispute is the interpretation of one or more provisions included

25 in the policies defendant issued;

26     WHEREAS, defendant is involved in an unrelated separate matter pending in the United

27 States District Court, Eastern District of California styled PMA Capital Ins. Co. v. American safety

28 Indemnity Co., Eastern District Case No. 2:08-cv-02258 JAM DAD ("PMA matter") in which the

                                    1
STIPULATION                                                      Case No.:  CV09-04098 SC

1  same policy language is in dispute in connection with another construction defect matter;

2  WHEREAS, the parties in the PMA matter recently filed Cross-Motions for summary

3  judgment seeking a ruling regarding the interpretation of the subject policy language;

4  WHEREAS, a hearing date for this motion is set for March 3, 2010;

5  WHEREAS, it is believed that the Court in PMA will issue a rule at or shortly after this

6  hearing date;

7  WHEREAS, the parties believe the outcome of the motion filed in the PMA matter will be

8  helpful in any resolution of this case;

9  WHEREAS, the parties participated in a conference call with Wayne Lamprey on February

10  17, 2010 to discuss the scheduling of a mediation in this matter;

11  WHEREAS, although the parties scheduled a mediation for March 2, 2010, it was agreed by

12  all counsel (including Attorney Lamprey) that it was reasonable to seek an extension of this

13  mediation based, in part, on the potential benefit of a ruling in the PMA matter;

14  WHEREAS, this Court has not yet issued a Scheduling Order regarding any dates in this

15  case given that the parties recently completed law and motion proceedings as to plaintiff's motion to

16  remand;

17  WHEREFORE, the parties request that the deadline for completing the mediation pursuant

18  to the ENE be extend up to forty-five (45) days.

19  IT IS SO AGREED

20  Dated: February 18, 2010

MORALES FIERRO & REEVES

By:   /s/ William C. Reeves
      William C. Reeves
      Attorneys for Plaintiff

27  ///

28  ///

Dated: February 18, 2010

BLAU AND ASSOCIATES

By: /s/ David S. Blau
David S. Blau
Attorneys for Defendant
American safety Indemnity Co.

The Court, the Honorable Samuel Conti presiding, having considered the stipulation of the parties and good cause appearing, orders as follows:

The last date to complete the mediation pursuant to the ENE is extended to April 16, 2010.

IT IS SO ORDERED

Dated: 2/19/10

_____
DISTRICT JUDGE

[IT IS SO ORDERED — Judge Samuel Conti — United States District Court, Northern District of California seal]