Ramiro Morales – 167947
William C. Reeves - 183878
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
Telephone: 925/288-1776
Facsimile: 925/288-1856

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEADFAST INSURANCE COMPANY<br><br>Plaintiff,<br>vs.<br><br>PROBUILDERS SPECIAL INSURANCE COMPANY RRG, ET AL.<br><br>Defendants. | Case No.: CV09-04098 SC<br><br>STIPULATION TO EXTEND THE DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION AND ORDER THEREON<br><br>(SECOND REQUEST) |

The remaining parties to this case (Plaintiff Steadfast Insurance Company and Defendant American Safety Indemnity Company) stipulate and agree as follows:

WHEREAS, this matter is coverage dispute between insurers involving settled and resolved underlying construction defect matters in which Defendant disclaimed coverage;

WHEREAS, the parties agreed to participate in a mediation conducted in connection with an Early Neutral Evaluation ("ENE") with Wayne Lamprey as the mediator;

WHEREAS, the Court previous extended the deadline to complete the mediation in light of an expected ruling in another matter involving common issues styled <u>PMA Capital Ins. Co. v. American safety Indemnity Co.</u>, Eastern District Case No. 2:08-cv-02258 JAM DAD ("<u>PMA</u> matter");

WHEREAS, while the ruling has issued, scheduling complications have developed that prevented the parties from completing the mediation by the April 16, 2010 deadline;

WHEREAS, the parties have confirmed the scheduling of the mediation for May 20, 2010

1

STIPULATION                                                                                          Case No.: CV09-04098 SC

1  based on the availability of all necessary parties;

2  WHEREAS, this Court has not yet issued a Scheduling Order regarding any dates in this
3  case such that the May 20, 2010 date selected for the mediation does not impact any pending dates;
4  WHEREFORE, the parties request that the deadline for completing the mediation pursuant
5  to the ENE be extended to May 20, 2010.

6  IT IS SO AGREED

7  Dated: April 15, 2010

MORALES FIERRO & REEVES

By:   /s/ William C. Reeves
      William C. Reeves
      Attorneys for Plaintiff

14  Dated: April 15, 2010

BLAU AND ASSOCIATES

By:   /s/ David S. Blau
      David S. Blau
      Attorneys for Defendant
      American safety Indemnity Co.

21  The Court, the Honorable Samuel Conti presiding, having considered the stipulation of the
22  parties and good cause appearing, orders as follows:

23  The last date to complete the mediation pursuant to the ENE is extended to May 20, 2010.

24  IT IS SO ORDERED

25  Dated: April 20, 2010

IT IS SO ORDERED
Judge Samuel Conti

DISTRICT COURT JUDGE

2

STIPULATION                                         Case No.: CV09-04098 SC