1  William C. Reeves - 183878
   MORALES FIERRO & REEVES
2  2300 Contra Costa Blvd., Suite 310
   Pleasant Hill, CA 94523
3  Telephone: 925/288-1776
   Facsimile: 925/288-1856
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  STEADFAST INSURANCE COMPANY      )  Case No.: CV09-04098 SC
                                     )
11               Plaintiff,          )  STIPULATION AND PROPOSED ORDER
         vs.                         )  TO EXTEND DATES
12                                   )
    PROBUILDERS SPECIAL INSURANCE    )  **FIRST REQUEST**
13  COMPANY RRG, ET AL.              )
                                     )
14               Defendants.         )
                                     )
15  _____)

16       Plaintiff Steadfast Insurance Company "Plaintiff") and defendant American Safety Insurance

17  Company ("Defendant"), by and through counsel, stipulate and agree as follows:

18       WHEREAS, this matter involves an insurance coverage dispute between co-insurers of a

19  common insured in which Plaintiff solely incurred sums while Defendant disclaimed coverage;

20       WHEREAS, Plaintiff and Defendant (collectively "Parties") are actively involved in

21  settlement discussions in an effort to resolve the case;

22       WHEREAS, the Parties seek an extension of deadlines in order to complete settlement

23  discussions, hopefully resulting in a settlement that disposes of this case in its entirety;

24       WHEREFORE, the Parties are agreeable to extend all dates ninety (90) days such that

25  revised deadlines in the case are as follows:

26           February 11, 2011   Deadline to complete discovery

27           March 11, 2011      Deadline to file dispositive motions

28           April 14, 2011      Pre-Trial Conference (10:00 a.m.)

                                      1
_____
STIPULATION                                    Case No.:  CV09-04098 SC

1         May 4, 2011      Trial

2        IT IS SO AGREED.

3 Dated:  September 13, 2010

                                        MORALES FIERRO & REEVES

4

5

6

                        By:___ /s/ William C. Reeves _____

7                                   William C. Reeves
                                  Attorneys for Plaintiff

8

9 Dated:  September 13, 2010

                                        BLAU AND ASSOCIATES

10

11

12

                        By:___ /s/ David Blau _____

13                                   David Blau
                                  Attorneys for Defendant

14

15

16       The Court, the Honorable Samuel Conti presiding, having considered the stipulation of the

17 parties, and good cause appearing, orders that revised deadlines in the case shall be as follows:

18           February 11, 2011    Deadline to complete discovery

19           March 11, 2011      Deadline to file dispositive motions

20           April 14, 2011       Pre-Trial Conference (10:00 a.m.)

21           May 4, 2011         Trial

22        IT IS SO ORDERED.

23 Dated:       9/14/10

24

25                          _____

26                             DENIED — Judge Samuel Conti

27

28

2