1  William C. Reeves - 183878
   MORALES FIERRO & REEVES
2  2300 Contra Costa Blvd., Suite 310
   Pleasant Hill, CA 94523
3  Telephone: 925/288-1776
   Facsimile: 925/288-1856
4
   Attorneys for Plaintiff
5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10  STEADFAST INSURANCE COMPANY        )   Case No.: CV09-04098 SC
                                       )
11              Plaintiff,             )   STIPULATION AND ~~PROPOSED~~ ORDER
        vs.                            )   TO DISMISS CASE WITH PREJUDICE
12                                     )
    PROBUILDERS SPECIAL INSURANCE      )
13  COMPANY RRG, ET AL.                )
                                       )
14              Defendants.            )
                                       )
15  _____)

16       Plaintiff Steadfast Insurance Company "Plaintiff") and defendant American Safety Insurance

17  Company ("Defendant"), by and through counsel, stipulate and agree that in accordance with a

18  settlement reached between the parties and pursuant to FRCP 41, this matter shall be dismissed with

19  prejudice.

20       IT IS SO AGREED.

21  Dated: October 21, 2010
                                                    MORALES FIERRO & REEVES
22

23

24
                                        By:    /s/ William C. Reeves
25                                             William C. Reeves
                                               Attorneys for Plaintiff
26

27  ///

28  ///

                                                1
    STIPULATION                                                        Case No.:  CV09-04098 SC

1  Dated: October 21, 2010
                                                     BLAU AND ASSOCIATES

By:   /s/ David Blau
       David Blau
       Attorneys for Defendant

     The Court, the Honorable Samuel Conti presiding, having considered the stipulation of the parties, and good cause appearing, orders that this matter is dismissed with prejudice.

     IT IS SO ORDERED.

Dated:    October 28, 2010

_____
[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]